PER CURIAM.

(No. 74-CC-761—

PHILLIP J. HAGGERTY, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed July 25, 1974.*

PHILLIP J. HAGGERTY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.